IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE M. GORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1199-E |
| | § | |
| TRANS UNION LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND ORDER GRANTING ATTORNEY'S FEES AND COSTS**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 105). After extension, (ECF No. 107), Plaintiff Terrence M. Gore filed objections. (ECF No. 108). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Consequently, the Court enters the following orders granting Defendant Trans Union LLC (Trans Union)'s Motion for Award of Attorney's Fees and Costs, (ECF No. 93):

**IT IS ORDERED THAT:**

1. The Court finds and concludes that the number of hours spent by Trans Union's attorneys and paralegals was reasonable to properly defend Trans Union in this lawsuit and that the hourly rates charged by Trans Union's attorneys' and paralegals were appropriate and within the range of what is commonly charged in this District for similar legal services. (*See* ECF Nos. 95-1; 95-2). **The Court finds and concludes that the total lodestar amount of $57,128.60 for Trans Union's attorneys' fees were reasonable and**

**necessary for successfully defending Trans Union in this lawsuit.**

2. The Court has reviewed and considered the costs requested by Trans Union based upon the detailed billing records of Trans Union's counsel and other information contained in the Declaration of Paul L. Myers filed by Trans Union and the Bill of Costs filed by Trans Union. (*See* ECF Nos. 95-1; 95-2). **The Court finds and concludes that the total costs of $812.17 requested by Trans Union were actually incurred by Trans Union's counsel and were reasonable and necessary for successfully defending Trans Union in this lawsuit.**

3. **IT IS THEREFORE ORDERED that Trans Union is hereby awarded attorneys' fees of $57,128.60 and costs of $812.17 against Plaintiff Terrence M. Gore, FOR WHICH LET EXECUTION ISSUE. IT IS FURTHER ORDERED THAT TRANS UNION SHALL BE ENTITLED TO ALL WRITS, PROCESSES, AND PROCEDURES FOR ENFORCEMENT OF THE AMOUNTS AWARDED IN THIS ORDER AGAINST PLAINTIFF AS FOR ANY MONETARY AWARD GRANTED IN A FINAL JUDGMENT OF THIS COURT.**

The Court further DENIES Trans Union's motion for hearing as moot. (ECF No. 101). The Court DENIES Gore's motion to extend to file response. (ECF No. 103).

**SO ORDERED this 10th day of March, 2025.**

ADA BROWN
UNITED STATES DISTRICT JUDGE