# United States Court of Appeals
# for the Fifth Circuit

No. 25-10654

United States Court of Appeals
Fifth Circuit
**FILED**
July 11, 2025
Lyle W. Cayce
Clerk

Terrence M. Gore,

*Plaintiff—Appellant,*

versus

Trans Union LLC,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1199

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of July 11, 2025, for want of prosecution. The appellant failed to timely pay docketing fee.

LYLE W. CAYCE
Clerk of the United States Court

of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 11, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-10654   Gore v. Trans Union
                            USDC No. 3:23-CV-1199

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Peter A. Conners, Deputy Clerk
          504-310-7685

cc w/encl:
    Mr. Terrence M. Gore
    Mr. Kenneth Arthur Hill
    Mr. Paul Lee Myers