# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10654    Gore v. Trans Union
                        USDC No. 3:23-CV-1199

This letter will serve to advise that the above appeal dismissed on July 11, 2025 has been reinstated this date. A motion to proceed IFP was timely received on July 3, 2025 in addition to affidavits of financial status. A motion for leave to proceed as an electronic filer was also received and has been filed.

The electronic record on appeal has been requested. A further notice will issue once its filed.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

Mr. Terrence M. Gore
Mr. Kenneth Arthur Hill
Ms. Karen S. Mitchell
Mr. Paul Lee Myers